# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELMIRA DASILVA and JOSE INIGUEZ,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 1:22-cv-00831-JLT-BAM<br><br>District Judge: Jennifer L. Thurston<br><br>[~~PROPOSED~~] ORDER |

Plaintiffs BELMIRA DASILVA and JOSE INIGUEZ ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FMC will pay $11,490.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER in favor of Plaintiffs in the amount of $11,490.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

　　Dated:   **April 6, 2023**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1

**[~~PROPOSED~~] JUDGMENT**