# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE INIQUEZ AND BELMIRA DASILVA,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>    Defendant. | Case No.: 1:22-cv-00831-JLT-BAM<br><br>Hon. Jennifer L Thurston<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL** |

Plaintiffs have requested dismissal of this case with prejudice, given that the parties have settled all remaining issues and satisfied the terms of the settlement(s).

Good cause appearing, the Court therefore **ORDERS**:

1. This matter is **DISMISSED WITH PREJUDICE**.
2. The Clerk of Court shall enter judgment pursuant to the Federal Rule of Civil Procedure 68 Offer of Judgment accepted on March 2, 2023 (Doc. 21) and shall CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **August 27, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE